No. 11–1040. FRIENDS OF THE NORBECK ET AL. v. UNITED STATES FOREST SERVICE ET AL. C. A. 8th Cir. Certiorari denied.

No. 11–1055. ATTARD v. CITY OF NEW YORK, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–1075. AHMAD v. HOLDER, ATTORNEY GENERAL. C. A. 5th Cir. Certiorari denied.

No. 11–1076. CLENDENIN v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 11–1092. MCCRARY v. IVANOF BAY VILLAGE ET AL. Sup. Ct. Alaska. Certiorari denied.

No. 11–1098. LOMAX v. UNITED STATES SENATE ARMED SERVICES COMMITTEE ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–1100. MEEKS v. DONAHOE, POSTMASTER GENERAL. C. A. 6th Cir. Certiorari denied.

No. 11–1114. ESCANDON v. LOS ANGELES COUNTY, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–1123. KIBURZ v. MABUS, SECRETARY OF THE NAVY. C. A. 3d Cir. Certiorari denied.

No. 11–1129. ZAHN v. MCHUGH, SECRETARY OF THE ARMY. C. A. 9th Cir. Certiorari denied.

No. 11–1144. ERNST, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF ERNST, DECEASED v. MERCK & CO., INC. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 11–6527. CLAYTON v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 11–7200. PORTILLO-MUNOZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.